UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC C. PENDLETON, ) | |
| ) | |
| Plaintiff, ) | No. 3:12-cv-00376 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| ADREAN WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Ogilvie's motion to dismiss (Docket Entry No. 81) is **GRANTED**. Plaintiff's claims against Defendant Ogilvie are **DISMISSED** without prejudice.

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2013.

WILLIAM J. HAYNES, JR
Chief Judge
United States District Court