IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ERIC C. PENDLETON,<br>Plaintiff, | )<br>)<br>)<br>) |
| VS. | ) CASE NO. 3:12-cv-376<br>) Judge Haynes / Bryant<br>) |
| ADREAN WILLIAMS et al.<br>Defendants. | ) Jury Demand<br>) |

*Order — This motion is GRANTED. [signature] 5-8-13*

## MOTION FOR LEAVE TO TAKE DEFENDANTS DEPOSITION BY WRITTEN QUESTIONS

Comes now the Plaintiff Eric C. Pendleton, *Acting pro se*, move this Honorable Court pursuant to Rule 31(a)(2) of the Federal Rules of Civil Procedure, for an order granting Plaintiff leave to take the deposition by written questions of Defendants Adrean Williams, Christopher Allgood, Kathy Ogilvie and Sheriff Daron Hall. The deposition will be taken at the Department of Law of the Metropolitan Government of Nashville and Davidson County, 108-Metropolitan Courthouse, P.O. Box 196300, Nashville, Tennessee 37219 on such terms as the court prescribes. Plaintiff needs the testimony, knowledge and information of theses person in order to prepare adequately for trial in this matter.

Respectfully submitted,

Eric C. Pendleton #108467
*Acting pro se*
R.M.S.I., U-6-B-227
7475-Cockrill Bend Blvd.
Nashville, TN 37209-1048

1